**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:26-cr-0016** |
| | ) | |
| **DAMIAN BLAKESLEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**<u>ORDER</u>**

**THIS MATTER** comes before the Court on the Report and Recommendation Concerning Plea of Guilty of the United States Magistrate Judge (Dkt. No. 54), entered October 28, 2026. The Magistrate Judge recommends that Defendant's plea of guilty to Count One of the Indictment, Possession with Intent to Distribute Marijuana, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D), be accepted and that Defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation Concerning Plea of Guilty, Dkt. No. 54, is **ADOPTED;** it is further

**ORDERED** that Defendant, Damian Blakesley's plea of guilty as to Count One of the Indictment is **ACCEPTED**, and that Defendant, Damian Blakesley, is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **December 16, 2026;** it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **December 30, 2026;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **January 15, 2027;** it is further

**ORDERED** that the parties shall file their sentencing memoranda no later than **January 29, 2027;** and it is further

**ORDERED** that a sentencing hearing shall be held **at 10:00 A.M.** on **February 12, 2027,** in St. Thomas Courtroom No. 3 before the undersigned.

**Dated:** November 16, 2026

*/s/ Robert A. Molloy*
**ROBERT A. MOLLOY**
**Chief Judge**